## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Case No.: 16-MJ- 118STE |
| | ) | |
| JOHN A. YOUNG | ) | Violation: 18 U.S.C. §§13 and 7 |
| | ) | (47 OSA §6-303(B)) |
| **Defendant** | ) | |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about 28 February 2016 in the Western District of Oklahoma at Fort Sill Military Reservation, at or near Sheridan Road and Ringgold Road,

- - - - - - - - - - - - - - - - - - JOHN A. YOUNG - - - - - - - - - - - - - - - - - - -

the defendant, did drive a white Ford motor vehicle bearing Oklahoma temporary tag #003648 when his privilege to do so was canceled, denied, suspended, or revoked.

All in violation of Title 47, Section 6-303(B) of the Oklahoma Statutes, and Title 18, United States Code, Sections 13 and 7.

Dated this _____20TH_____ day of _____APRIL_____, 2016.

MARK A. YANCEY
Acting United States Attorney

_signature_

MICHAEL C. CRANE
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Criminal Law Division
Fort Sill, Oklahoma 73503
Tel.: (580) 442-0984