# CRIMINAL
## COURTROOM MINUTE SHEET
## UNITED STATES MAGISTRATE JUDGE

Date **4/20/16**

CASE NO: **16** - MJ **118STE**     U.S.A. vs. **JOHN YOUNG**
**436 0872**

PROCEEDINGS:  ✓ INITIAL APPEARANCE ____ ARRAIGNMENT ____ PLEA/CHANGE OF PLEA ____ SENTENCING ____ OTHER

## MAGISTRATE JUDGE SHON T. ERWIN

MCR ____ or MS **✓**

COUNSEL FOR:    Plaintiff  **Michael Crane**

Defendant  **PRO-SE**

Minute: Enter as above

✓ Defendant appears in person.   ✓ Is Fully apprised.
____ Consents to be tried by U.S. Magistrate  ____ Misd.  ____ Petty Offense
____ Waives counsel
____ Retain counsel
____ Request counsel be appointed
____ Approved ____ Denied

## CHARGES AND FINES:

Count **1** Class **A** : **DUS** _____ Charge amended to Class ____ : _____
Count **2** Class **C** : **improper left turn** Charge amended to Class ____ : _____
Count ___ Class ___ : _____ Charge amended to Class ____ : _____

**PLEA** _____  **Continued**

Referred to Probation Office: Pre-Sent. _____ TSR _____ Prob _____

Substance Abuse Aftercare at discretion of P.O. _____
Drug testing as per 1994 Crime Bill _____

Jail: _____ Defendant to report to US Marshal on _____ at _____ am/pm

**Total Due:** _____
**To be paid as Follows:**
In Full on _____
$ _____ Monthly beginning _____
Other _____

**ARRAIGNMENT SET FOR 6/1/16 @ 2pm**