# CRIMINAL
## COURTROOM MINUTE SHEET
## UNITED STATES MAGISTRATE JUDGE

Date __6-1-2016__

CASE NO: __16__ MJ __118STE__   U.S.A. vs. __John Young__

PROCEEDINGS: ____ INITIAL APPEARANCE ____ ARRAIGNMENT ____ PLEA/CHANGE OF PLEA ____ SENTENCING ____ OTHER

## MAGISTRATE JUDGE SHON T. ERWIN

MCR __✓__ or MS ____

COUNSEL FOR:   Plaintiff   __Michael Crane__

Defendant __Pro-Se__

Minute: Enter as above

__✓__ Defendant appears in person.   __✓__ Is Fully apprised.   ____ Waives counsel   ____ Retain counsel

____ Consents to be tried by U.S. Magistrate   ____ Misd.   ____ Petty Offense   ____ Request counsel be appointed   ____ Approved   ____ Denied

## CHARGES AND FINES:

Count __1__ Class __A DUS__ : _____ Charge amended to Class ____: _____
Count __2__ Class __C Impropertum__ : _____ Charge amended to Class ____: _____
Count ___ Class ___ : _____ Charge amended to Class ____: _____
Count ___ Class ___ : _____ Charge amended to Class ____: _____
Count ___ Class ___ : _____ Charge amended to Class ____: _____
Count ___ Class ___ : _____ Charge amended to Class ____: _____
Count ___ Class ___ : _____ Charge amended to Class ____: _____
Count ___ Class ___ : _____ Charge amended to Class ____: _____

PLEA __Guilty__

Referred to Probation Office: Pre-Sent. _____ TSR _____ Prob _____

Substance Abuse Aftercare at discretion of P.O. _____
Drug testing as per 1994 Crime Bill _____

Jail: _____ Defendant to report to US Marshal on _____ at _____ am/pm

Total Due: _____
To be paid as Follows:
In Full on _____
$ _____ Monthly beginning _____
Other _____

6-29-2016
2:45pm
Plea