# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

vs.

Case No. 16-mj-118STE

JOHN YOUNG
Defendant

## WAIVER OF RIGHT TO COUNSEL

The United States magistrate judge has explained to me and I have been informed as to the following:

(A) the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty; and

(B) my right to be represented by an attorney at every stage of these proceedings, including the initial appearance; and that an attorney will be appointed to represent me free of charge if I cannot obtain an attorney or cannot afford to retain legal counsel; and that if I now waive my right to be represented by an attorney then I may still request that an attorney be appointed to represent me at future proceedings; and

(C) my right to remain silent and that any statement made by me may be used against me; and

(D) my right to appeal the judgment, sentence or penalty imposed by the magistrate judge within 14 calendar days by filing with the clerk of court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney, personally or by mail, and by filing a copy with the magistrate judge.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO BE REPRESENTED BY AN ATTORNEY OR BY LEGAL COUNSEL.**

Date: 6/29/16

Defendant

Approved:

SHON T. ERWIN
U.S. Magistrate Judge