# CRIMINAL
## COURTROOM MINUTE SHEET
## UNITED STATES MAGISTRATE JUDGE

 7/1,

Date **6/29/16**

CASE NO: **16** - MJ - **118STE** U.S.A. vs. **JOHN YOUNG**
**4360872**

PROCEEDINGS: ___ INITIAL APPEARANCE ✓ ARRAIGNMENT ✓ PLEA/CHANGE OF PLEA ✓ SENTENCING
___ OTHER

## MAGISTRATE JUDGE SHON T. ERWIN

MCR ___ or MS ✓

COUNSEL FOR: Plaintiff __Lauren LaMontagne__

Defendant **PRO-SE**

Minute: Enter as above

✓ Defendant appears in person.   ✓ Is Fully apprised.   ✓ Waives counsel
                                                          ___ Retain counsel
✓ Consents to be tried by U.S. Magistrate  ✓ Misd. ___ Petty Offense   ___ Request counsel be appointed
                                                                        ___ Approved ___ Denied

## CHARGES AND FINES:

Count **1** Class **A** : **DUS**                        Charge amended to Class **C**: **DRIVE w/out VALID D/L**
Count **2** Class **C** : **IMPROPER LEFT TURN**         Charge amended to Class ___:
Count ___ Class ___ :                                    Charge amended to Class ___:
Count ___ Class ___ :                                    Charge amended to Class ___:
Count ___ Class ___ :                                    Charge amended to Class ___:
Count ___ Class ___ :                                    Charge amended to Class ___:
Count ___ Class ___ :                                    Charge amended to Class ___:
Count ___ Class ___ :                                    Charge amended to Class ___:

PLEA **GUILTY to Ct 1; DISMISS Ct. 2**

Referred to Probation Office: Pre-Sent._____ TSR_____ Prob_____

Substance Abuse Aftercare at discretion of P.O._____
Drug testing as per 1994 Crime Bill _____

Jail:_____ Defendant to report to US Marshal on_____ at ___ am/pm

**Total Due:** _____
**To be paid as Follows:**
In Full on _____
$_____ Monthly beginning _____
Other _____