**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | Case No.:  16-MJ-118STE |
| | ) | |
| **JOHN A. YOUNG** | ) | |
| | ) | |
| **Defendant** | ) | |

### ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

    I am authorized to practice in this court, and I appear in this case as counsel for:

        the plaintiff, United States of America.

    I am registered to file documents electronically with this court.


Dated this 31st day of July, 2016,

                          Respectfully submitted,

                          MARK A. YANCEY
                          Acting United States Attorney


                          s/LAUREN N. LAMONTAGNE
                          Special Assistant U.S. Attorney
                          TN Bar Number:  32216
                          Office of the Staff Judge Advocate
                          Criminal Law Division
                          Fort Sill, Oklahoma 73503
                          Tel.:  (580) 442-0984
                          Fax: 580-442-3817

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2016, I electronically transmitted my Entry of Appearance to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants, if any:

NONE,
Defense counsel.

and any other parties of record in this case.

                          *s/ Lauren N. LaMontagne*
                          LAUREN N. LAMONTAGNE