**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | Case No.:  16-MJ-118STE |
| ) | |
| JOHN A. YOUNG ) | |
| ) | |
| **Defendant** ) | |

**ENTRY OF APPEARANCE**

To the Clerk of this court and all parties of record:

    I am authorized to practice in this court, and I appear in this case as counsel for:

        the plaintiff, United States of America.

    I am registered to file documents electronically with this court.


Dated this 17th day of October, 2016,

                                      Respectfully submitted,

                                      MARK A. YANCEY
                                      Acting United States Attorney


                                      s/LAUREN N. LAMONTAGNE
                                      Special Assistant U.S. Attorney
                                      TN Bar Number:  32216
                                      Office of the Staff Judge Advocate
                                      Criminal Law Division
                                      Fort Sill, Oklahoma 73503
                                      Tel.:  (580) 442-0984
                                      Fax: 580-442-3817

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 17, 2016, I electronically transmitted my Entry of Appearance to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants, if any:

        NONE,
      Defense counsel.

and any other parties of record in this case.

        *s/ Lauren N. LaMontagne*
        LAUREN N. LAMONTAGNE